# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 20-00268JVS | Date | May 11, 2020 |
|---|---|---|---|
| Title | **In re Dana Kim Shelton** | | |

| Present: The Honorable | JAMES V SELNA, U.S. DISTRICT JUDGE |
|---|---|

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On April 30, 2020 this Court issued an Order to Show Cause [Dkt 9] why this case should not be dismissed for lack of prosecution.  On May 8, 2020, the Appellant responded [Dkt 10.]

The Appellant states that "Material documents from the foregoing material cases are not available until at least May 22, 2020".

Although the Court is unsure why the having the certificate of readiness issued requires further documents, the Court continues the Order to Show Cause re Dismissal for Lack of Prosecution to June 30, 2020 to have the certificate of readiness issued by the Bankruptcy Court.

_____  :  0

Initials of Preparer

lmb